IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PATRICK RIVERA,

   Plaintiff,

     v.

BUREAU OF PRISONS
Mr. Charles E. Samuel Jr., Director, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-2435-TWT

ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 15] recommending that the action be dismissed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is dismissed. The Plaintiff's Motions [Doc. 9, 10 & 12] are DENIED. The Motion for Reconsideration [Doc. 18] is DENIED.

SO ORDERED, this 5 day of October, 2012.

                              /s/Thomas W. Thrash
                              THOMAS W. THRASH, JR.
                              United States District Judge